EDWARD P. BAKER, Appellant, v. MARTIN SMITH, Respondent.— Order setting aside verdict reversed on the facts, with costs, and judgment reinstated. No opinion. Rich, Jaycox, Manning and Young, JJ., concur; Kelly, P. J., dissents.

MICHAEL BERGER, Respondent, v. BARBARA SILKWORTH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ALBERT E. BERGIN, Appellant, v. JOHN R. ANDERSON, Respondent.— Order granting judgment dismissing the complaint upon the pleadings reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Notwithstanding the plaintiff's admission of the execution of the agreement mentioned in the answer, plaintiff was entitled to show the conditions upon which the agreement was executed and delivered. (*Smith* v. *Dotterweich*, 200 N. Y. 299.) Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

ROBERT E. BUTTERFIELD, Appellant, v. MINNIE PILEGGI, Respondent. PHILIP F. SAMSTAG and Another, Sureties, Appellants.— Order confirming report of referee, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CENTRAL UNION TRUST COMPANY OF NEW YORK, as Substituted and Sole Surviving Trustee of the Trust Created by the Last Will and Testament of WILLIAM REMSEN, Deceased, for the Benefit of ELIZABETH REMSEN, Respondent, v. SARAH REMSEN BURNHAM and Others, Defendants, Impleaded with JANE REMSEN THOMPSON and Another, Appellants, and WILLIAM REMSEN and Others, Respondents.— The parties hereto having stipulated that this case may be disposed of by a court of four, the decision is as follows: Interlocutory judgment unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Kelly, P. J., Rich, Jaycox and Young, JJ.

MARTIN CONNELLY, JR., an Infant, by MARTIN CONNELLY, His Guardian ad Litem, Respondent, v. JOHN CARRIG, Appellant.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Young, J., dissents.

MARTIN CONNELLY, Respondent, v. JOHN CARRIG, Appellant.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Young, J., dissents.

MARY E. DENNY, Appellant, v. JOHN MILLER, Doing Business under the Name and Style of CENTRAL HAIRDRESSING PARLOR, Respondent.— Order granting motion to change place of trial from Orange county to New York county reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

ELM AUTO REPAIR CO., INC., Respondent, v. ELM AVENUE GARAGE, INC., Appellant.— Judgment unanimously affirmed, with costs. This court amends the tenth finding of fact made at the Special Term so as to read as follows: " *Tenth.* That the names of the plaintiff and defendant are so similar, and defendant's methods of doing business are such as to deceive plaintiff's customers, and plaintiff's business has been and will be injuriously interfered with and affected by the continued use by defendant of the name Elm Avenue Garage." Present — Kelly, P. J., Jaycox, Manning and Young, JJ. Settle order on notice.